UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA A. WARD; WANDA WASHINGTON; ZASUE P. ALSTON; CATHY BAKER; EARLENE K. BAKER; PHILLIP BAKER; DEXTER BALDWIN, SR.; THERESA BALDWIN; DEXTER BALDWIN, SR. AND TERESA BALDWIN on behalf of minor child, B.B.; DEXTER BALDWIN, SR. AND THERESA BALDWIN on behalf of minor child, D.B.; DEXTER BALDWIN, SR. AND THERESA BALDWIN on behalf of minor child D.B.; DEXTER BALDWIN, SR. AND THERESA BALDWIN on behalf of minor child M.B.; TIFFANY BENTON; RAYMOND BING; SHELIA BING; MICHELE R. BLAND; VINCENT BLAND; WANDA BOYCE; BEVERLY D. BRADLEY; BEVERLY D. BRADLEY AND WILLIE JAMES BRADLEY on behalf of minor child W.B.; PATSEY ANN GRAY BROWN; ANTOINETTE BRYANT; ARTHUR L. BRYANT; BEVERLY G. BRYANT; BRUCE BRYANT; CARLOS L. BRYANT; EDDIE M. BRYANT; ERROL BRYANT; EUGENE BRYANT; FERRIS BRYANT; FLORA BRYANT; FRANK BRYANT, JR.; FRED BRYANT; FREDERICK BRYANT; GERALD BRYANT; HAROLD BRYANT; IVA BRYANT; JANICE BRYANT; JEANESTER E. BRYANT; JOYCE BRYANT; MARY BRYANT; MICHELLE BRYANT; NORRIS R. BRYANT, SR.; STEPHEN R. BRYANT, SR.; TERRIE M. BRYANT; THEODORE BRYANT; TRACY BRYANT; W. JAMES BRYANT; WALTER BRYANT; CARRIE MAE BUTLEK; CLARENCE BYERS; LORRAINE MURRAY )

CASE NO. 8:05-CV-1878-T-17TGW

CASTLEBERRY; ROBERT )
CASTLEBERRY; JASMINE )
CHESTNUT; TERRIA A. COKLEY; )
NORMA L. CORONADO; ERROL )
DARVILLE; ROBYN DARVILLE; )
ERROL DARVILLE AND ROBYN )
DARVILLE on behalf of minor child )
E.D.; ERROL DARVILLE AND )
ROBYN DARVILLE on behalf of minor )
child D.W.; ERROL DARVILLE AND )
ROBYN DARVILLE on behalf of minor )
child T. W.; ABRAHAM DAVIS; )
ABRAM DAVIS; ETHEL DAVIS; )
JOHN DAVIS; THOMAS LEE DAVIS; )
THOMAS LEE DAVIS, JR.; JEWEL )
DUNCAN; MICHELLE DUNCAN; )
GUIRLENE DUVIGNAUD; ROBERT )
EUBANKS; ROBERT EUBANKS, JR.; )
KENNETH FLEMMING; LILLIE )
FLEMMING; BEATRICE GRAYDON; )
MARY GREEN; MARY P. HARDING; )
M. LEE HARDING; TRACY HATLEY; )
HELEN HEATHINGTON; ALLEY M. )
HORNES; DARIEN HORNES; )
TALMADGE D. HOUSTON; )
CYNTHIA S. HOWARD; CHRISTIA F. )
JACKSON; RUFUS JEFFERSON, SR.; )
CARLENE JENKINS; NATHANIEL )
JENKINS; ARTHUR JOHNSON, JR.; )
EVELYN JOHNSON; LEONARD )
JOHNSON; STIELA JOHNSON; )
FRANKLIN JONES; TEQUILA L. )
JONES; JEFFREY KATES; LORRAINE )
KATES; MAURINE SIMS KEYS; )
HENRY C. LAMB, JR.; HORACE L. )
LAMB; HOZIE LAMB; SUSIE LAMB; )
TRESSEY LAMB; YVONNE P. LAMB; )
CHRISTOPHER W. LEE; CAROLYN )
LEE; LILLIE R. LEE; ROOSEVELT )
LEE; SUSAN LEE; WILLIE LEE; )
ANNA INEZ LEE-JOSEPH; LINDA )
LOPEZ; MAZZIE MADDOX; ODALYS )
MARTINEZ; ROLANDO MARTINEZ; )
ZULAIME MARTINEZ; ZULAIME )
MARTINEZ on behalf of minor child )
Z.M.; ROSALIND MASSIE; VIRGINIA )

R. MASSIE; WALTER MASSIE, JR.; )
ANGELA MATHIS; RONALD )
MATHIS; ROSEMARY MATTHEWS; )
ANITA S. MAULTSBY; DOROTHY )
MAZON; LEROY MAZON; RONALD )
MCCRAY; YOLANDA MCCRAY; )
ERNEST MCKNIGHT, JR.; JEAN J. )
MCKNIGHT; WILLIE L. MCKNIGHT; )
JIMMY MIDGETTE; EDMUND E. )
MONTGOMERY; MARY L. )
MONTGOMERY; RETHA MAE )
MORRIS; VALERIE G. MORRIS; )
DEBORAH OROPEZA; RICARDO )
OROPEZA; RICARDO OROPEZA )
AND DEBORAH OROPEZA on behalf )
of minor child D.W.; LARRY D. PEEK; )
MILTON PETERSON; SUE )
PETERSON; VANESSA PETERSON; )
CHERI PETTWAY; LONZA )
PETTWAY; BRENDA PINKNEY; )
KELVIN PINKNEY; KELVIN )
PINKNEY AND BRENDA PINKNEY )
on behalf of minor child A.P.; KELVIN )
PINKNEY AND BRENDA PINKNEY )
on behalf of minor child K.P.; )
TABETHA PITTMAN; BOBBY PITTS; )
WYMAN PITTS; JOYCE POOLE; )
CHERYL SMITH PORTER; )
FREDERICK D. PORTER; JAMES )
PRESHA, JR.; CAROLYN PRYOR; )
LEWIS PRYOR; TERRY L. )
RANDOLPH; HARRY ROBINSON; )
MELISSA ROBINSON; MORRIS )
ROBINSON; THERESA ROBINSON; )
WILLIE ROBINSON, JR.; WILLIE )
ROBINSON, SR.; ERNESTINE ROWE; )
VIVIAN C. ROWE-JACKSON; MARY )
SALEM; CAROLYN W. SANDERS; )
ARMAND SEIDE; DEVELINE SEIDE; )
PATRICIA SIMMONS; ESSIE SIMS; )
KEITH SIMS; EUGENE SLOAN; )
JOHNNIE B. SLOAN, II; LOLA )
SLOAN; WANDA SLOAN; ANTHONY )
SMITH; BARBARA SMITH; DENNIS )
SMITH; DONNA M. SMITH; ERVIN B. )
SMITH; ERVIN B. SMITH on behalf of )

minor child E.S.; HUGH SMITH SR.; )
JANET SMITH; LAWRENCE SMITH; )
MARVIN D. SMITH; RICHARD )
SMITH; ROBERT SMITH, SR.; )
RODNEY SMITH; SANDRA D. )
SMITH; SANDRA D. SMITH on behalf )
of minor child A.F.; SANDRA D. )
SMITH on behalf of minor child K.S.; )
SHARON SMITH; SHARON SMITH on )
behalf of minor child D.S.; SHEDERICK )
STEPHENS, JR.; RAPHAEL TATIS; )
CARRIE TISDEL; ALMA THOMAS; )
HOWARD THOMAS; HOWARD B. )
THOMAS; SHIRLEY THOMAS; TIA )
M. WADE; ESSIE M. WALTERS; )
ADRIENNE WARD; CLIFFORD B. )
WARD; EMILY K. WARD; )
NATHANIEL WARD; PAMELA C. )
WARD; STEFAN WARD; TASHA )
WARD; TOLAN WARD; YVONNE P. )
WARD; CARLA M. WASHINGTON; )
ELLIOT WASHINGTON; NIKKIE )
WASHINGTON; MARVIN )
WASHINGTON; MARVIN )
WASHINGTON AND WANDA )
WASHINGTON on behalf of minor child )
C.W.; MARVIN WASHINGTON AND )
WANDA WASHINGTON on behalf of )
minor child J.W.; BETTYE LOU )
BRYANT WATSON; EUGENE )
WATSON; ELIZABETH WESLEY; )
EMILE WESLEY; LISA WESLEY; )
MICHAEL WESLEY; MICHAEL )
WESLEY AND LISA WESLEY on )
behalf of minor child L.W.; TERESA )
WESLEY-YARN; EILEEN WEST; )
JOHNNY WEST; DANETTE WHITE; )
CARRETTA WILLIAMS; DOLORES )
WILLIAMS; FRANK T. WILLIAMS, )
JR.; GEORGE WILLIAMS, JR.; JOE )
WILLIAMS; LULA WILLIAMS; )
RAFAEL WILLIAMS; CAROLYN )
WILLIS; JEREMIAH WILLIS, JR.; )
BEATRICE ZIEGLER; CHARLIE )
ZIEGLER; JONAS ZIEGLER; JOSEPH )
ZIEGLER; SHANNON ZIEGLER )

Plaintiffs, )

vs. )

LOCKHEED MARTIN CORPORATION, LORAL CORPORATION, WPI SARASOTA DIVISION, INC., WIRE PRO, INC., BECSD, LLC, and DOES 1-20, )

Defendants. )

AMENDED COMPLAINT PURSUANT TO ORDER OF THE COURT DATED October 11, 2005

Come now Plaintiffs, by and through their undersigned attorneys, and allege as follows:

## I. Nature of the Case

1. Each plaintiff's property has been contaminated with hazardous chemicals and substances, including but not limited to beryllium dust, trichlroethylene, 1,4 dioxin and perchlorethylene. Defendants named herein are legally responsible for this contamination. Despite knowing for (at least) several years of this contamination, defendants intentionally failed to disclose this information to plaintiffs. Plaintiffs therefore bring this lawsuit to recover not only damages and equitable relief caused by defendants' contamination of their respective properties, but also to recover damages and equitable relief stemming from the associated intentional infliction of emotional distress.

## II. Jurisdiction and Venue

2. Each plaintiff's claim for damages exceeds the sum of $15,000, exclusive of interest, costs, and attorney's fees, and, as such, pursuant to Fla. Stat. § 26.012, subject matter jurisdiction is properly exercised over this action.

3. As each of the defendants named herein, at times relevant to this Complaint, (a) operated, conducted, engaged in or carried on a business in Florida or had an office or agency in Florida, (b) committed a tortious act within Florida, (c) has owned, used, possessed or held a mortgage or other lien on any real property within Florida, (d) caused injury to persons or property within Florida arising out of an act or omission outside Florida and, at or about the time of the injury, either was engaged in solicitation or service activities within Florida or products, materials or things processed, serviced or manufactured by the defendants anywhere were used or consumed within Florida in the ordinary course of commerce, trade or use, and / or (e) is engaged in substantial and not isolated activity within Florida, whether such activity is wholly interstate, intrastate or otherwise, personal jurisdiction is properly exercised over each of the defendants to this action pursuant to Fla. Stat, § 48.193.

4. As the causes of action asserted herein accrued in Manatee County, Florida, as well as the properties out of which this litigation arises are located in Manatee County, Florida, venue is properly laid in this judicial circuit pursuant to Fla. Stat. § 47.051.

## III. Parties

### A. Plaintiffs

5. Plaintiff LAURA A. WARD is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

6. Plaintiff WANDA WASHINGTON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

7. Plaintiff ZASUE P. ALSTON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

8. Plaintiff CATHY BAKER is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

9. Plaintiff EARLENE K. BAKER is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

10. Plaintiff PHILLIP BAKER is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

11. Plaintiff DEXTER BALDWIN, SR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

12. Plaintiff TERESA BALDWIN is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

13. Dexter Baldwin and Teresa Baldwin on behalf of minor child Plaintiff B.B., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

14. Dexter Baldwin and Teresa Baldwin on behalf of minor child Plaintiff D.B., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust,

trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

15. Dexter Baldwin and Teresa Baldwin on behalf of minor child Plaintiff D.B., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

16. Dexter Baldwin and Teresa Baldwin on behalf of minor child Plaintiff M.B., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

17. Plaintiff TIFFANY BENTON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

18. Plaintiff RAYMOND BING is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

19. Plaintiff SHELIA BING is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

20. Plaintiff MICHELE R. BLAND is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

21. Plaintiff VINCENT BLAND is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

22. Plaintiff WANDA BOYCE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

23. Plaintiff BEVERLY D. BRADLEY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

24. Beverly D. Bradley and Willie James Bradley on behalf of minor child Plaintiff W.B., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

25. Plaintiff PATSEY ANN GRAY BROWN is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

26. Plaintiff ARTHUR L. BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

27. Plaintiff ANTOINETTE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee

County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

28. Plaintiff BEVERLY G. BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

29. Plaintiff BRUCE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

30. Plaintiff CARLOS L. BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

31. Plaintiff EDDIE M. BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

32. Plaintiff ERROL BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

33. Plaintiff EUGENE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

34. Plaintiff FERRIS BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

35. Plaintiff FLORA BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

36. Plaintiff FRANK BRYANT, JR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

37. Plaintiff FRED BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

38. Plaintiff FREDERICK BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

39. Plaintiff GERALD BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

40. Plaintiff HAROLD BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

41. Plaintiff IVA BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

42. Plaintiff JANICE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

43. Plaintiff JEANESTER E. BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

44. Plaintiff JOYCE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

45. Plaintiff MARY BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

46. Plaintiff MICHELLE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

47. Plaintiff NORRIS R. BRYANT, SR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

48. Plaintiff STEPHEN R. BRYANT, SR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

49. Plaintiff TERRIE M. BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

50. Plaintiff THEODORE BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

51. Plaintiff TRACY BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

52. Plaintiff W. JAMES BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

53. Plaintiff WALTER BRYANT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

54. Plaintiff CARRIE MAE BUTLEK is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

55. Plaintiff CLARENCE BYERS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

56. Plaintiff LORRAINE MURRAY CASTLEBERRY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

57. Plaintiff ROBERT CASTLEBERRY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

58. Plaintiff JASMINE CHESTNUTis a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

59. Plaintiff TERRIA A. COKLEY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

60. Plaintiff NORMA L. CORONADO is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

61. Plaintiff ERROL DARVILLE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

62. Plaintiff ROBYN DARVILLE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

63. Errol Darville and Robyn Darville on behalf of minor child Plaintiff E.D., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous

chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

64. Errol Darville and Robyn Darville on behalf of minor child Plaintiff D.W., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

65. Errol Darville and Robyn Darville on behalf of minor child Plaintiff T.W., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

66. Plaintiff ABRAHAM DAVIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

67. Plaintiff ABRAM DAVIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

68. Plaintiff ETHEL DAVIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

69. Plaintiff JOHN DAVIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

70. Plaintiff THOMAS LEE DAVIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

71. Plaintiff THOMAS LEE DAVIS, JR.is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

72. Plaintiff JEWEL DUNCAN is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

73. Plaintiff MICHELLE DUNCAN is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

74. Plaintiff GUIRLENE DUVIGNAUD is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

75. Plaintiff ROBERT EUBANKS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

76. Plaintiff ROBERT EUBANKS, JR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

77. Plaintiff KENNETH FLEMMING is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

78. Plaintiff LILLIE FLEMMING is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

79. Plaintiff BEATRICE GRAYDON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

80. Plaintiff MARY GREEN is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

81. Plaintiff MARY P. HARDING is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

82. Plaintiff M. LEE HARDING is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

83. Plaintiff TRACY HATLEY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

84. Plaintiff HELEN HEATHINGTON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

85. Plaintiff ALLEY M. HORNES is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

86. Plaintiff DARIEN HORNES is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

87. Plaintiff TALMADGE D. HOUSTON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

88. Plaintiff CYNTHIA S. HOWARD is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

89. Plaintiff CHRISTIA F. JACKSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

90. Plaintiff RUFUS JEFFERSON, SR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

91. Plaintiff CARLENE JENKINS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

92. Plaintiff NATHANIEL JENKINS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

93. Plaintiff ARTHUR JOHNSON, JR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

94. Plaintiff EVELYN JOHNSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

95. Plaintiff LEONARD JOHNSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

96. Plaintiff STIELA JOHNSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

97. Plaintiff FRANKLIN JONES is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

98. Plaintiff TEQUILA L. JONES is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

99. Plaintiff JEFFREY KATES is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

100. Plaintiff LORRAINE KATES is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

101. Plaintiff MAURINE SIMS KEYS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

102. Plaintiff HENRY C. LAMB, JR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

103. Plaintiff HORACE L. LAMB is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

104. Plaintiff HOZIE LAMB is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

105. Plaintiff SUSIE LAMB is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

106. Plaintiff TRESSEY LAMB is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

107. Plaintiff YVONNE P. LAMB is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

108. Plaintiff CHRISTOPHER W. LEE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

109. Plaintiff CAROLYN LEE is a citizen of the State of North Carolina. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

110. Plaintiff LILLIE R. LEE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

111. Plaintiff ROOSEVELT LEE is a citizen of the State of North Carolina. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

112. Plaintiff SUSAN LEE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

113. Plaintiff WILLIE LEE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

114. Plaintiff ANNA INEZ LEE-JOSEPH is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

115. Plaintiff LINDA LOPEZ is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

116. Plaintiff MAZZIE MADDOX is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

117. Plaintiff ODALYS MARTINEZ is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

118. Plaintiff ROLANDO MARTINEZ is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

119. Plaintiff ZULAIME MARTINEZ is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

120. Zulaime Martinez on behalf of minor child Plaintiff Z.M., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

121. Plaintiff ROSALIND MASSIE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

122. Plaintiff VIRGINIA R. MASSIE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

123. Plaintiff WALTER MASSIE, JR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

124. Plaintiff ANGELA MATHIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

125. Plaintiff RONALD MATHIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

126. Plaintiff ROSEMARY MATTHEWS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

127. Plaintiff ANITA S. MAULTSBY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

128. Plaintiff DOROTHY MAZON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

129. Plaintiff LEROY MAZON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

130. Plaintiff RONALD MCCRAY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

131. Plaintiff YOLANDA MCCRAY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

132. Plaintiff ERNEST MCKNIGHT, JR. is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

133. Plaintiff JEAN J. MCKNIGHT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

134. Plaintiff WILLIE L. MCKNIGHT is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

135. Plaintiff JIMMY MIDGETTE is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

136. Plaintiff EDMUND E. MONTGOMERY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

137. Plaintiff MARY L. MONTGOMERY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

138. Plaintiff RETHA MAE MORRIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

139. Plaintiff VALERIE G. MORRIS is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,

including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

140. Plaintiff DEBORAH OROPEZA is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

141. Plaintiff RICARDO OROPEZA is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

142. Ricardo Oropeza and Deborah Oropeza on behalf of minor child Plaintiff D.W., a citizen of the State of Florida who at times relevant to this Complaint, owned and/ or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

143. Plaintiff LARRY D. PEEK is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

144. Plaintiff MILTON PETERSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

145. Plaintiff SUE PETERSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

146. Plaintiff VANESSA PETERSON is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

147. Plaintiff CHERI PETTWAY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances, including but not limited to beryllium dust, trichlorethylene, 1,4 dioxin and perchlorethylene, released from the site located at 1600 Tallevast Road, Sarasota, Florida.

148. Plaintiff LONZA PETTWAY is a citizen of the State of Florida. At times relevant to this Complaint, plaintiff owned and / or occupied property in Manatee County, Florida that has been contaminated by hazardous chemicals and substances,